District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUAN KIET PHAM,<br><br>        Plaintiff,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>        Defendants. | No. 2:23-cv-1846-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>January 25, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 5, 2024. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendant U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-829, Petition by Entrepreneur to Remove Conditional Basis of Lawful Permanent Residence Status, on behalf of himself and his four derivative family members. Defendants' response to the Complaint is currently due on February 5, 2024. For good cause, the parties request that the Court hold the case in abeyance until April 5, 2024.

STIPULATED MOTION FOR ABEYANCE  - 1
23-cv-1846-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS needs additional time to proceed to the next stage of adjudication after issuing a Request for Clarification ("RFC") on January 22, 2024. USCIS will have to receive and review the RFC response before it can take the next adjudicative step. Accordingly, USCIS needs additional time before it can proceed with either the administrative process or this litigation.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 5, 2024. The parties will submit a joint status report on or before April 5, 2024.

Dated: January 25, 2024                    Respectfully submitted,

                                           TESSA M. GORMAN
                                           United States Attorney

                                            *s/Michelle R. Lambert*
                                           MICHELLE R. LAMBERT, NYS #4666657
                                           Assistant United States Attorney
                                           1201 Pacific Avenue, Suite 700
                                           Tacoma, Washington 98402
                                           Phone: 253-428-3824
                                           Email: michelle.lambert@usdoj.gov
                                           *Attorneys for Defendants*

                                           **I certify that this memorandum contains 285 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE - 2
23-cv-1846-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5                                               *s/ Tess Douglas*
                                              TESS DOUGLAS WSBA #58807
                                              DGO Legal
                                              8141 2nd Street, Suite 515
                                              Downey, California 90241
                                              Phone: 213-278-4073
                                              Email:  tess@dgo.legal
                                              *Attorneys for Plaintiff*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION FOR ABEYANCE    - 3    UNITED STATES ATTORNEY
23-cv-1846-TL    700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
    S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
    (206) 553-7970

## [PROPOSED] ORDER

The case is held in abeyance until April 5, 2024. The parties shall submit a joint status report on or before April 5, 2024. It is so **ORDERED**.

DATED this 26th day of January 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE - 4
23-cv-1846-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970