District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUAN KIET PHAM<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1846-TL<br><br>JOINT STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 23, 2024                                     Respectfully submitted,

*s/* Tess Douglas_____
TESS DOUGLAS WSBA #58807
DGO Legal
8141 2nd Street, Suite 515
Downey, California 90241
Phone: 213-278-4073
Email: tess@dgo.legal
*Attorneys for Plaintiff*

JOINT STIPULATION OF DISMISSAL        - 1
2:23-cv-1846-TL

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal

| | |
|---|---|
| 1 | |
| 2 | TESSA M. GORMAN<br>United States Attorney |
| 3 | *s/* Michelle R. Lambert_____ |
| 4 | MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney |
| 5 | 1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402 |
| 6 | Phone:  253-428-3824<br>Email:  michelle.lambert@usdoj.gov |
| | *Attorneys for Defendants* |

JOINT STIPULATION OF DISMISSAL        - 2
2:23-cv-1846-TL

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal

**[PROPOSED]** ORDER

The parties having so stipulated, the above is so **ORDERED**. The case is dismissed without prejudice.

DATED this 26th day of February 2024.

_____
Tana Lin
United States District Judge

JOINT STIPULATION OF DISMISSAL    - 3
2:23-cv-1846-TL

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal